**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

PETER A. SADARI,

                Plaintiff,

  v.

BERNARD A. DELEUSE,

                Defendant.

_____/

No. C 10-05770 LB

**ORDER DIRECTING PARTIES TO
FILE CONSENT/DECLINATION
FORM BY FEBRUARY 18, 2011**

    This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or declination form attached to this Order by February 18, 2011.

    **IT IS SO ORDERED.**

Dated: February 8, 2011

                              _____
                              LAUREL BEELER
                              United States Magistrate Judge

1
2
3
4
5
6
7
8          UNITED STATES  DISTRICT COURT
9             Northern District of California
10                  Oakland Division
11   PETER A. SADARI,                         No.  C 10-05770 LB
12              Plaintiff,              **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**
13        v.
14   BERNARD A. DELEUSE,
15              Defendant.
     _____/
16
17        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
18        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby
19   consents to have a United States Magistrate Judge conduct any and all further proceedings in the
20   case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken
21   directly to the United States Court of Appeals for the Ninth Circuit.
22
23   Dated: _____           _____
24                                          Signature
25                                          Counsel for _____
                                            (Plaintiff, Defendant or indicate "pro se")
26
27
28

C 10-05770 LB

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7

8                                    UNITED STATES  DISTRICT COURT

9                                     Northern District of California

10                                          Oakland Division

11   PETER A. SADARI,                              No.  C 10-05770 LB

12          Plaintiff,                    **DECLINATION TO PROCEED BEFORE
                                          A UNITED STATES MAGISTRATE**
13      v.                                **JUDGE AND REQUEST FOR
                                          REASSIGNMENT TO A UNITED**
14   BERNARD A. DELEUSE,                  **STATES DISTRICT JUDGE**

15          Defendant.

16   _____/

17      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18      The undersigned party declines to consent to the assignment of this case to a United States

19   Magistrate Judge and requests the reassignment of this case to a United States District Judge.

20

21   Dated: _____        Signature_____

22                                         Counsel for _____
23                                         (Plaintiff, Defendant, or indicate "pro se")

24

25

26

27

28

C 10-05770 LB

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**